SAMUEL B. SMITH, APPELLANT, *v.* EDWARD B. DORSEY, RESPONDENT.

Order affirmed, with $10 costs, and disbursements.

Opinion by BARRETT, J.

---

IN THE MATTER OF THE APPLICATION OF LE ROY B. CRANE, FOR THE APPOINTMENT OF A NEW TRUSTEE, ETC.

Orders reversed; order to be entered denying motion for appointment of trustee.

Opinion per DANIELS, J.

---

HENRY M. WHITEHEAD, RESPONDENT, *v.* ANDREW KENNEDY, APPELLANT.

Order affirmed, with $10 costs, and disbursements.

Opinion by BARRETT, J.

---

EVARISTO LLORENS, APPELLANT, *v.* JACINTO COSTA, RESPONDENT, IMPLEADED, ETC.

Judgment reversed; new trial ordered; costs to abide event.

Opinion PER CURIAM.

---

JACINTO COSTA, APPELLANT, *v.* EVARISTO LLORENS AND OTHERS, RESPONDENTS.

Judgment affirmed, without costs, on defendant's stipulating as directed in opinion.

Opinion by BARRETT, J.

---

HARRIETTE S. WEAVER, APPELLANT, *v.* BERNARD REILLY, RESPONDENT.

Judgment reversed; new trial ordered; costs to abide event.

Opinion by DANIELS, J.

---

JOHN BREWI AND GEORGE HOFFMANN, RESPONDENTS, *v.* PHILIP PFFEFFER, APPELLANT.

Order affirmed.

Opinion by DAVIS, P. J.